UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD ANTHONY SILVA, | 1:12-cv-00282-MJS HC |
| Petitioner, | ORDER DISMISSING ACTION AS DUPLICATIVE |
| v. | |
| DAREL ADAMS, | |
| Respondent. | |

Petitioner is an inmate proceeding pro se in this February 27, 2012 petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

A review of court records indicates that this action is duplicative of the action filed as Case No. 1:12-cv-00263-MJS HC, Silva v. Adams.

"After weighing the equities of the case, the district court may exercise its discretion to dismiss a duplicative later-filed action, to stay that action pending resolution of the previously filed action, to enjoin the parties from proceeding with it, or to consolidate both actions." Adams v. California Dept. of Health Services, 487 F.3d 684, 688 (9th Cir. 2007). "Plaintiffs generally have 'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendants.'" Id. (quoting Walton v. Eaton Corp., 563 F.2d 66, 70 (3d Cir. 1977) (en banc)). "[A] suit is duplicative if the claims, parties, and available relief do not significantly differ between the two actions." Id. at 689.

1

1  The present action, Case No. 1:12-cv-00282-MJS HC, is duplicative of Case No. 1:12-cv-00263-MJS HC.  In both cases Petitioner asserts in this Court the same causes of action arising out of the same issues and facts against the same Respondent.

Accordingly, in light of the duplicative nature of the two actions, the Court ORDERS that the instant action be DISMISSED as duplicative.  The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:    March 20, 2012        /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE